In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00276-CV
_____

**PAUL E. TEEL, Appellant**

**V.**

**STATE OF TEXAS TDCJ PAROLE DIVISION, ET AL, Appellees**

**On Appeal from the 411th District Court**
**San Jacinto County, Texas**
**Trial Cause No. CV14,264**

**MEMORANDUM OPINION**

Seeking relief from the Parole Division of the Texas Department of Criminal Justice, Paul E. Teel filed an application for a writ of habeas corpus with the 411th District Court of San Jacinto County, Texas. The court denied the application without issuing the writ and without conducting a hearing. We questioned our jurisdiction and requested a response. Teel filed a response, but failed to establish that the order is appealable.

1

There is no appeal from a refusal to issue a writ of habeas corpus. *Ex parte Noe*, 646 S.W.2d 230, 231 (Tex. Crim. App. 1983). A habeas applicant may only appeal the denial of relief on the merits. *See Ex parte Hargett*, 819 S.W.2d 866, 869 (Tex. Crim. App. 1991). The trial court did not rule on the merits of Teel's application. The appeal is dismissed for lack of jurisdiction.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on October 28, 2015
Opinion Delivered October 29, 2015

Before McKeithen, C.J., Horton and Johnson, JJ.